**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:
**Fred M. Bush, LLC**
                Debtor(s)

Case No. **15-31789-EPK**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

    Fred Bush, LLC    , a
[Name of Corporate Party]

(check one):

[X] Corporate Debtor

[ ] Party to an adversary proceeding

[ ] Party to a contested matter

[ ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[X]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **16th** day of **December**, **2015**.

*/s/ Chad Van Horn*
Attorney Name, OBA #**64500**
[Address/Telephone/Fax/Email]
**Chad Van Horn**
**330 N Andrews Ave Ste 450**
**Fort Lauderdale, FL  33301-1012**
**Phone: (888) 381-2799  Fax:  (954) 756-7103**
**chad@cvhlawgroup.com**
Attorney for **Fred M. Bush, LLC**