UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 15-31789-EPK
                                                                        Chapter 11

FRED M. BUSH, LLC

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, *Fred M. Bush, LLC,* files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter11 petition)**:

    *December 16, 2015*

2. **Names, case numbers and dates of filing of related debtors**:

    *N/A*

3. **Description of debtor's business**:

    *Debtor is a Florida for-profit corporation that fabricates custom woodwork.*

4. **Locations of debtor's operations and whether the business premises are leased or owned**:

    *Leased Premises:*
    *1900 NW 1st Court*
    *Boca Raton, FL, 33432*

5. **Reasons for filing chapter 11**:

    *Prior to filing its voluntary petition, Debtor was saddled with mounting debt and litigation costs. Debtor desires to reorganize its financial affairs and propose a plan of repayment which requires a stay of all actions and collection activity associated with its various claims while Debtor organizes itself for continued operations.*

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing**:

   *Fred M. Bush – President*

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition**:

   2014: $786,625.00
   2013: $1,179,947.00

8. **Amounts owed to various creditors**:

   a. Obligations owed to priority creditors including priority tax obligations:

   *N/A*

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   *N/A*

   c. Amount of unsecured claims:

   *$39,960.00*

9. **General description and approximate value of the debtor's assets**:

   *$32,350.00*

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires**;

    *Pending*

11. **Number of employees and amounts of wages owed as of petition date**:

    *13 – Full time employee*
    *2 – Sub-Contractors*

12. **Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

    *Status: Paid/Current*

13. **Anticipated emergency relief to be requested within 14 days from the petition date**:

    *Emergency Application to Employ Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 18, 2015 to all parties on the list to receive email notice/service for this case, via the Notice of Electronic Filing, and via U.S. Mail to all parties on the attached service list.

/s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.