

**ORDERED in the Southern District of Florida on February 1, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRED M. BUSH, LLC

      Debtor.

                   /

Case No.: 15-31789-EPK
Chapter 11

### <u>ORDER APPROVING ON AN INTERIM BASIS THE EMPLOYMENT OF<br>VAN HORN LAW GROUP, P.A. AS COUNSEL FOR THE DEBTOR-IN POSSESSION<br>*NUNC PRO TUNC* TO PETITION DATE</u>

THIS CAUSE came before the Court on January 21, 2016, at 2:00 p.m., upon *Debtor's Application for Approval on an Interim Basis of Employment of Van Horn Law Group, P.A. Nunc Pro Tunc to Petition Date* [DE 11], the "Application"], and the Affidavit of Chad T. Van Horn, Esq. on behalf of Van Horn Law Group, P.A., as Proposed Counsel for Debtors, *Nunc Pro Tunc* to the Petition Date [DE 11, the "Affidavit"], attached to the Application as Exhibit "A".

The Application requests entry of an Order approving the Debtor's employment of Van Horn Law Group, P.A. to represent them as general counsel in this Chapter 11 case. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, her estate, and her creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Chad T. Van Horn, Esq. and Van Horn Law Group, P.A. are disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

**ORDERED** as follows:

1. The Application is APPROVED.

2. The employment of Van Horn Law Group, P.A. as general counsel to the Debtor in this Chapter 11 case is approved pursuant to 11 U.S.C. §327(a), on a interim basis.

3. The employment of Van Horn Law Group, P.A. by the Debtor shall be nunc pro tunc to the petition date.

4. Van Horn Law Group, P.A. shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor;

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Order Submitted by:

Chad T. Van Horn, Esq.
VAN HORN LAW GROUP, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com

(Attorney Van Horn is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.)